IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BASIC RESEARCH, LLC                                                                          PLAINTIFF

NO.  08-5175

TEAM DIRECT MANAGEMENT, LLD                                              DEFENDANT
GARY ALECUSAN

CLERK'S ORDER OF DISMISSAL

On this 28th day of November, 2008, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY:  June Newland
       Deputy Clerk